UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ADEL RASHED,                     )
                                 )
        Petitioner,              )
                                 )
                v.               )  Case No. 07 C 6123
                                 )  A46 172 851
U.S. DEPARTMENT OF HOMELAND      )  HONORABLE RONALD GUZMAN
SECURITY, U.S. CITIZENSHIP &     )
IMMIGRATION SERVICES and the     )
UNITED STATES OF AMERICA,)
                                 )
        Defendants.              )

## JOINT STATUS REPORT

THIS MATTER comes before Your Honor on a Petition for a Hearing on our application for naturalization pursuant to 8 U.S.C. Section 1447(b).

Counsels for both parties have initially contacted each other and both remain fairly optimistic that a settlement will be reached. Apparently there remains difficulty with the background clearance with the Federal Bureau of Investigations. Mr. Rashed's administrative application for naturalization should be adjudicated once his background check clears.

At this time, counsel for the government should be answering the subject complaint. We both believe discovery should be stayed temporarily.

                        Respectfully Submitted,
                        Adel Rashed

                        /s/ JUSTIN BURTON

                        Justin R. Burton, Esq.
                        His Attorney

1

Justin R. Burton, Esq.
Kriezelman, Burton and Associates, LLC
20 North Clark Street, Suite 725
Chicago, Illinois 60602
(312)332-2550
jburton@krilaw.com