UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL RASHED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6123 |
| ) | |
| MICHAEL CHERTOFF, Secretary, United ) | Judge Guzman |
| States Department of Homeland Security, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, move for an extension of time to January 23, 2008 to answer or otherwise plead to the complaint, and in support, state as follows:

1. Defendants answer is due January 16, 2008.

2. Undersigned counsel will be unable to file the answer by that date, as he is still awaiting the receipt of necessary information from the client agencies.

3. The parties will not be prejudiced, should the court grant defendants' motion for an additional week to file the answer.

WHEREFORE, defendants ask that the court grant then leave to answer or otherwise plead to the complaint by January 23, 2008.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: s/ Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov