# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Adel Rashed

                                Plaintiff,

v.                                                        Case No.: 1:07−cv−06123

                                                                  Honorable Ronald A. Guzman

U.S. Department of Homeland Security, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants U.S. Department of Homeland Security, U.S. Citizenship & Immigration Service, United States of America for extension of time to file answer (Ling, Ernest) [10] is granted to and including 1/23/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.