# Exhibit 1



Direct all response by mail to the office listed below:
IMMIGRATION AND NATURALIZATION SERVICE
539 South La Salle Street # Citizenship Office
Chicago IL 60605

U.S. Department of Justice
Immigration and Naturalization Service

Adel Saleh Ali Rashed
4730 North Spaulding # 3 E
Chicago IL 60625

Refer to App ID No.: LIN*000442044
Refer to Alien No.:   A 046 172 851
Date:   MAR 2 4 2004

## NOTICE OF DENIAL DUE TO ABANDONMENT

Dear Mr./Mrs. Rashed:

This notice informs you that the Immigration and Naturalization Service (INS) has deemed your application for naturalization abandoned and denied. The INS has denied your application for failure to appear for fingerprinting.

You filed an application for naturalization (Form N-400) with the Nebraska Service Center on March 19, 2002. Every applicant for naturalization, except those 75 years or older, residing in the United States must be fingerprinted in accordance with 8 CFR 103.2(e)(2) and 316.4(b). On October 21, 2003, INS sent you a request to appear for fingerprinting. The notice instructed you to appear for fingerprinting at INS BROADWAY during the 87-day period beginning on November 8, 2003. The INS has no record that you appeared for fingerprinting during this period. Additionally, INS did not receive a request to reschedule your fingerprint appointment before the expiration of this period. Therefore, your application has been deemed abandoned for failure to comply with the request for appearance to be fingerprinted. Accordingly, your application for naturalization is deemed abandoned and denied pursuant to 8 CFR 103.2(b)(13).

The decision on your application may not be appealed. However, you may file a motion to reopen, in accordance with 8 CFR 103.5, without a filing fee.

If you choose to file a motion to reopen, the motion must be filed with evidence that this decision was in error because:

1) The request for appearance was complied with during the allotted time period;

2) The request for appearance was sent to an address other than the last known address as reflected on the application for naturalization, on the notice of representation or in Service records, and you did not receive the notice; or

3) You advised INS, in writing, of a change of address or change of representation subsequent to filing your application for naturalization and before

7002 2410 0002 5055 5453
000000001

the request for ev[ide]nce was sent, and the request did [n]ot go to the new address.

A motion to reopen must be filed with this office within 30 days of the service of this decision. If you do not file a motion to reopen within 30 days, the decision to deny your application will be final.

Compliance with the request for appearance to be fingerprinted at this time will not overcome the decision on your application. Denial of this application is without prejudice to the filing of a new application with the appropriate fee.

Sincerely,

*[signature]*

Michael M Comfort
District Director

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____ ☐ Agent  ☐ Addressee

1. Article Addressed to:

Adel Saleh Ali Rashed
4730 N. Spaulding #3
Chicago, IL 60625

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7002 2410 0002 5055 5453

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952