UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEL RASHED,  )<br>)<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>MICHAEL CHERTOFF, Secretary, United  )<br>States Department of Homeland Security, *et*  )<br>*al.*,  )<br>)<br>    Defendants.  ) | No. 07 C 6123<br><br>Judge Guzman |

## NOTICE OF MOTION

To:  Justin R. Burton, Esq.
     Kriezelman Burton & Associates, LLC
     20 North Clark Street, Suite 725
     Chicago, Illinois  60602

PLEASE TAKE NOTICE that on Thursday, January 31, 2008 at 9:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Guzman in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Defendants' Motion to Dismiss**

in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Ernest Y. Ling
            ERNEST Y. LING
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5870
            ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Documents:  **Notice of Motion and Defendants' Motion to Dismiss**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on January 23, 2008, to the following non-ECF filers:

Justin R. Burton, Esq.
Kriezelman Burton & Associates, LLC
20 North Clark Street, Suite 725
Chicago, Illinois  60602

s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870