UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADEL RASHED )<br>A 46 172 851 )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, *et al.*, )<br>  )<br>  Defendants. ) | Case No. 07 CV 6123<br>Before Honorable Judge Guzman |

## **MOTION TO REINSTATE**

NOW COMES Plaintiff ADEL RASHED, on his own behalf and by and through his attorneys, KRIEZELMAN BURTON & ASSOCIATES, LLC, and moves this Honorable Court to reinstate his Amended Petition for Hearing on Application for Naturalization and Petition for Writ of Mandamus, and in support thereof states as follows:

1. Plaintiff filed a Petition for Hearing on Application for Naturalization on October 30, 2007. It was assigned case number 07 C 6123. With the Court's permission, he later filed an amended complaint, titled "Amended Petition for Hearing on Application for Naturalization and Petition for Writ of Mandamus." This case concerns an application for naturalization that has not been processed by the Department of Homeland Security.

2. On April 30, 2008, this case was dismissed without prejudice, with leave to reinstate within sixty days.

3. Plaintiff agreed to the dismissal upon the representations of the defendants that Plaintiff's pending application for naturalization would be processed expeditiously and that he would shortly be fingerprinted again and given an examination on the application.

1

4. To date, Plaintiff has not been notified of any fingerprint appointment or examination appointment, both of which are necessary to complete the processing of his application for naturalization.

5. Because Plaintiff has not received said appointments, and because he therefore cannot know whether and it does not appear that the Defendants are processing his application and/or background investigation, Plaintiff moves this Honorable Court to reinstate his Petition.

WHEREFORE, Plaintiff ADEL RASHED, respectfully requests that this Honorable Court:

A. Reinstate civil case 07 C 6123,

B. For all other relief that is just and equitable.

                                                 Respectfully Submitted,
                                                 Adel Rashed


                                                 By: /s/ Saadia Siddique
                                                 One of his attorneys

Saadia Siddique
Kriezelman Burton & Associates, LLC
20 North Clark Street, Suite 725
Chicago, Illinois 60602
312/332-2550
ssiddique@krilaw.com