UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADEL RASHED<br>A 46 172 851<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 07 CV 6123<br>)   Before Honorable Judge Guzman<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   Ernest Ling
       Assistant U.S. Attorney
       U.S. Department of Justice
       United States Attorney
       Northern District of Illinois
       Dirksen Federal Building
       219 S. Dearborn Street, 5th Floor
       Chicago, IL 60604
       Fax: (312) 886-4073

     PLEASE TAKE NOTICE on Thursday, July 3rd, 2008 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in courtroom # 1219 in the Dirksen Federal Building, 219 S. Dearborn Street for a Hearing on Motion to Reinstate, a copy of which is herewith served on you.

                                                       /s/Saadia Siddique

                                                         SAADIA SIDDIQUE

### Certificate of Service

     The undersigned attorney certifies that she caused this Notice along with the Plaintiff's Motion to Reinstate and all attachments to be served upon the above- named recipient by electronic delivery on June 27, 2008.

                                                         /s/Saadia Siddique
                                                         SAADIA SIDDIQUE