UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Adel Rashed
                                        Plaintiff,
v.                                                        Case No.: 1:07−cv−06123
                                                          Honorable Ronald A. Guzman

U.S. Department of Homeland Security, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 7/3/2008. Motion by Petitioner Adel Rashed to reopen case and Reinstate [21] is denied without prejudice. Case remains dismissed without prejudice. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.